## Clark v. E. & L. Transport Company, Appellant.

Argued January 5, 1961. Before JONES, C. J., BELL, MUSMANNO, JONES, COHEN, BOK and EAGEN, JJ.

*Don C. Reiley,* with him *John H. Jordan,* and *Reiley and Reiley,* for appellants.

*Charles M. Koontz,* for appellee.

OPINION PER CURIAM, March 28, 1961:

The record shows that the appeals in this case were not taken until eight months after judgment was entered. They are, therefore, out of time.

Appeals dismissed.